# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:09cv166

| | | |
|---|---|---|
| CYNTHIA LOUISE FISCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' cross Motions for

Summary Judgment [Docs. 10 and 11] and the Magistrate Judge's

Memorandum and Recommendation [Doc. 14] regarding the disposition of

those motions.

Pursuant to 28 U.S.C. § 636(b) and a specific Order of referral of the

district court, the Honorable Dennis L. Howell, United States Magistrate

Judge, was designated to consider these pending motions in the above-

captioned action and to submit to this Court a recommendation for the

disposition of these motions.

On July 21, 2010, the Magistrate Judge filed a Memorandum and

Recommendation [Doc. 14] in this case containing proposed conclusions of

law in support of a recommendation regarding the motions [Doc. 10 and 11]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation [Doc. 14], the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby **ACCEPTS** the Magistrate Judge's Recommendation that the Defendant's Motion for Summary Judgment be allowed and that the Plaintiff's Motion for Summary Judgment be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 11] is **ALLOWED**, and that the Plaintiff's Motion for Summary Judgment [Doc. 10] is hereby **DENIED**.

**IT IS SO ORDERED**.

Signed: August 12, 2010

Martin Reidinger
United States District Judge