**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv166**

| | |
|---|---|
| **CYNTHIA LOUISE FISCHER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's

Memorandum & Recommendation is **ACCEPTED**, Plaintiff's Motion for

Summary Judgment is **DENIED**; the Defendant's Motion for Summary

Judgment is **GRANTED**; and the Commissioner's decision is hereby

**AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: August 12, 2010

Martin Reidinger
United States District Judge